**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Todd FEURTADO, Defendant–**
**Appellant.**

**No. 01–6087.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 28, 2001.

Todd Feurtado, pro se.

Cameron Glenn Chandler, Assistant United States Attorney, Columbia, SC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Todd Feurtado appeals three district court orders, the first denying relief on his

Gordon timely mailed notice of his appeal on January 12, 1999 as he claims.

motion filed under 28 U.S.C.A. § 2255 (West Supp.2000), the second denying his motion for a certificate of appealability, and the third denying his amended motion for a certificate of appealability. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Feurtado,* Nos. CR–95–669; CA–99–350 (D.S.C. Aug. 25, 2000, Dec. 1, 2000 & Jan. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Jerry D. Dwiggins seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Dwiggins v. Anderson,* No. CA–00–243–1 (M.D.N.C. Dec. 19 & 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Feurtado's *Apprendi* claim is not cognizable.